1 | Victor S. Haltom
Attorney at Law – SBN 155157
2 | 428 J Street, Suite 350
Sacramento, California  95814
3 | Telephone:  (916) 444-8663
Facsimile:  (916) 447-2988
4 | E-mail:  vshjah@aol.com

5 | Attorney for Petitioner
Michael A. Rose

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | MICHAEL A. ROSE,                           ) Case No.: 2:13-cv-02416 KJM-EFB
                                           )
13 |                 Petitioner,              ) PETITIONER'S REQUEST FOR AN
                                           ) ENLARGMENT OF TIME TO FILE
14 | vs.                                       ) TRAVERSE; [PROPOSED] ORDER
                                           )
15 | RANDY GROUNDS,                             )
                                           )
16 |                 Respondent.              )
    _____)

17

18 |     Declarant, VICTOR S. HALTOM, hereby applies for an order of this Court

19 | enlarging time by THIRTY-TWO (32) additional days in which to file the

20 | Traverse in the above-captioned case.  In support of this application,

21 | Declarant provides the following information under penalty of perjury:

22 |     I am an attorney duly licensed in the State of California and have been

23 | retained by petitioner in this case.

24 |     The Traverse in this case is due to be filed on July 2, 2014.

25 |     As noted in my previous application for an extension of time within

26 | which to file this Traverse, the Petitioner, who is incarcerated in the

27 | California Department of Corrections and Rehabilitation, desires to review

28

PETITIONER'S REQUEST FOR AN ENLARGMENT OF TIME TO FILE

TRAVERSE; [PROPOSED] ORDER - 1

1  the Traverse before it is filed.  I intend to visit him to accommodate his

2  request.

3      I endeavored to make arrangements to visit him between the time of the

4  last application for an extension of time and the instant application.  He

5  was formerly incarcerated at the Salinas Valley State Prison.  However, in

6  between the time of the last application and the instant application, he was

7  moved to the newly opened CDCR California Health Care Facility in Stockton.

8  (The Petitioner has health-related issues associated with a surgical hip

9  replacement he recently underwent.)

10     Due to the recent transfer of the Petitioner, I have been unable to

11 visit him.

12     Two prior requests for extension of time to file the Traverse have been

13 filed and granted.

14     I have communicated with opposing counsel, Deputy Attorney General

15 Justain Riley.  He has not objection to this request.

16     WHEREFORE, I respectfully request that I be allowed to complete and

17 file a Traverse on or before August 4, 2014.

                              Dated this 2nd of July, 2014

                                  signature on original
                              _____
                              VICTOR S. HALTOM

                                  ORDER

     Upon considering Petitioner's request, and good cause appearing,

Petitioner shall have an additional THIRTY-TWO (32) days to and including

August 4, 2014, to file the Traverse

Dated:  July 3, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

PETITIONER'S REQUEST FOR AN ENLARGMENT OF TIME TO FILE

TRAVERSE; [PROPOSED] ORDER - 2