Victor S. Haltom
Attorney at Law - SBN 155157
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 444-8663
Facsimile: (916) 447-2988
E-mail: vshjah@aol.com

Attorney for Petitioner
Michael A. Rose

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. ROSE, | Case No.: 2:13-cv-02416 KJM-EFB |
| Petitioner, | PETITIONER'S REQUEST FOR AN ENLARGMENT OF TIME TO FILE TRAVERSE; [PROPOSED] ORDER |
| vs. | |
| RANDY GROUNDS, | |
| Respondent. | |

    Declarant, VICTOR S. HALTOM, hereby applies for an order of this Court enlarging time by FOUR (4) additional days in which to file the Traverse in the above-captioned case.  In support of this application, Declarant provides the following information under penalty of perjury:

    I am an attorney duly licensed in the State of California and have been retained by petitioner in this case.

    The Traverse in this case is due to be filed on August 4, 2014.

    On July 24, 2014, I visited with Mr. Rose at the CDCR medical facility at which he is incarcerated.  Based upon our meeting, I have sought and obtained a *supplemental* declaration from Nadia Wade.  A declaration executed by Ms. Wade is attached as Exhibit G to the memorandum of points and

authorities in support of Mr. Rose's petition herein.  I just received Ms. Wade's supplemental declaration at approximately 8:45 p.m. this evening — August 4, 2014.  On July 27, 2014, and July 29, 2014, I had e-mail communication with Ms. Wade about the prospect of her executing a supplemental declaration to clarify certain aspects of her original declaration.  On July 31, 2014, I drafted a proposed supplemental declaration for Ms. Wade to review.  As noted above, I just received, via e-mail, a scanned copy of the executed supplemental declaration, dated August 4, 2014.

    Notwithstanding the issue concerning the time at which I received Ms. Wade's executed supplemental declaration, I had, until just recently, believed I would be able to assemble and file the final version of the Traverse today via ECF.  Unfortunately, it appears that I failed to adequately account for the time I have had to devote to another very time-sensitive project:  On June 27, 2014, Judge Karlton issue an order granting habeas relief to my client in *Williams v. Pliler*, 2:03-cv-00721 LKK AC. Judge Karlton's order is a conditional release order, directing the State of California to release Mr. Williams from custody unless the State elects to retry Mr. Williams within 60 days of the order. On July 21, 2014, the California Attorney General's Office filed a notice of appeal and a 52-page motion requesting a stay of the conditional release order pending appeal. The Attorney General's Office has not expressly stated that it has elected to retry Mr. Williams.  The case in which Judge Karlton granted habeas relief to Mr. Williams stems from a fatal shooting in 1996.  Pursuant to Fed. R. App. P. 23(c), Mr. Williams is presumptively entitled to release pending appeal. Additionally, I am aware that Judge Karlton is retiring later this month. Accordingly, I have devoted a great deal of time over the past two weeks to preparing, as quickly as possible, an opposition to the Attorney General's stay request.  The current draft of my opposition is 35 pages long, and

comprised of 13,828 words.  I am also assembling exhibits / supporting documents in furtherance of my effort to secure Mr. Williams' release pending appeal.

Three prior requests for extension of time to file the Traverse in the instant case have been filed and granted.

In light of the circumstances outline above, including my belief, until earlier this evening, that I was going to be able to finalize the Traverse in this matter, I have *not* communicated with opposing counsel, Deputy Attorney General Justain Riley.  However, he has not objected to my prior requests for additional time to file the Traverse.

My current draft of the Traverse in the instant case is 27 pages long and comprised of 9,421 words.

WHEREFORE, I respectfully request that I be allowed to complete and file a Traverse on or before August 8, 2014.

Dated this 4th day of August, 2014

signature on original
_____
VICTOR S. HALTOM

ORDER

Upon considering Petitioner's request, and good cause appearing, Petitioner shall have an additional FOUR (4) days to and including August 8, 2014, to file the Traverse

Dated:  August 5, 2014.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

PETITIONER'S REQUEST FOR AN ENLARGMENT OF TIME TO FILE TRAVERSE; [PROPOSED] ORDER - 3